UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL JACKSON,<br>   Plaintiff | :   CIVIL ACTION NO.<br>:   3:16-cv-1915-VAB |
| v. | : |
| ROAD READY USED CARS, INC. and<br>RONALD SARACINO,<br>   Defendants | :   FEBRUARY 27, 2017 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Daniel Jackson, through his attorney, hereby gives notice that the plaintiff's claims shall be dismissed with prejudice, and without costs or attorney's fees.

PLAINTIFF, DANIEL JACKSON,

By: /s/ *Daniel S. Blinn*
      Daniel S. Blinn (ct02188)
      Consumer Law Group, LLC
      35 Cold Spring Road, Suite 512
      Rocky Hill, Connecticut 06067
      Tel (860) 571-0408
      Fax (860) 571-7457
      dblinn@consumerlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2017, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn